# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **TONY GROUNDS,** | § § § § § § § | **Civil Action No. 3:18-cv-03104-S** |
| Plaintiff, | | |
| v. | | |
| **BLUESTEM BRANDS D/B/A FINGERHUT,** | § § § § | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: February 20, 2019

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 20th day of February, 2019, a true and correct copy of the foregoing pleading was served via ECF to the below:

Erin L. Hoffman, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402

Dated: <u>February 20, 2019</u>      BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                 Amy L. Bennecoff Ginsburg, Esquire
                 Kimmel & Silverman, P.C.
                 30 E. Butler Avenue
                 Ambler, PA 19002
                 Phone: (215) 540-8888
                 Facsimile: (877) 600-2112
                 Email: aginsburg@creditlaw.com
                 Attorney for the Plaintiff