**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TONY GROUNDS,** </br></br>          **Plaintiff** </br></br>     **v.** </br></br> **BLUESTEM BRANDS, INC. d/b/a FINGERHUT,** </br></br>          **Defendant** | Case No.: **3:18-cv-03104-S** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: March 18, 2019

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 18th day of March, 2019, a true and correct copy of the foregoing pleading served via electronic mail to the below:

**Fingerhut / Bluestem Brands**
**7075 Flying Cloud Drive**
**Eden Prairie MN 55344**

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email:aginsburg@creditlaw.com
Attorney for Plaintiff